Attention!

United States Court Clerk

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 28 2022

22cv811-KG-KK

MITCHELL R. ELFERS
CLERK

My Name is KYLE PAUL CRESPIN
D.O.B ▓▓▓▓▓▓▓  S.S. xxx xx 3▓▓▓

IM CURRENTLY IN THE CARE & CUSTODY OF BERNALILLO COUNTY METROPOLITAN DETENTION CENTER 100 DEPUTY DEAN MIERA DR. S.W. ALBUQUERQUE, NEW MEXICO 87151 AND WOULD LIKE TO FILE A 1983 CIVIL RIGHT COMPLAINT AGAINST THE CITY OF ALBUQUERQUE, BERNALILLO COUNTY BOARD OF COMMISSION, AND THE METROPOLITAN DETENTION CENTER OF BERNALILLO COUNTY. IT IS MY PRAYER THAT MY ENCLOSED FACTS SHEET AND COUNTS OF ALLEGATIONS WOULD BE PROCESSED AND FILED AT/IN THE COURT OF THE UNITED STATES. CAN THIS COURT PLEASE HELP ME TO PROCEED, AND CORRESPOND BACK TO ME AS TO PROCESS & PROCEDURE IN THE UNITED STATES COURT? PLEASE AND THANK YOU FOR THIS COURTS TIME AND CONCERN.

CURRENT INFO:
Kyle Paul Crespin #100242849
100 DEPUTY DEANS MIERA DR SW
Albuquerque, New Mexico 87151

RESPECTFULLY REQUESTED, SUBMITTED

Kyle PAUL Crespin

## FACTS:

DATES:

#1) ON SEPTEMBER 02, 2022 (09/02/22) THRU SEPTEMBER 06, 2022 (09/06/2022)

LOCATION: BERNALILLO COUNTY METROPOLITAN DETENTION CENTER

100 DEPUTY DEAN MIERA DR SW
ALBUQUERQUE, NM 87151

HOUSING UNIT: ECHO UNIT 1
CELL 26

I WAS NOT PROVIDED "ADEQUATE OUT OF CELL TIME"

#2) THRU 09/02/2022 10:30AM THRU 09/06/2022 11:20AM I WAS EXCESSIVELY FORCED TO LOCKDOWN IN MY 6x12x8 CELL FOR A PERIOD OF 121 HOURS AND 50 MINUTES CONSECUTIVE WITHOUT:

A) · SHOWER
B) · RECREATION
C) · ACCESS TO PHONES/DAYROOM/FACILITY KIOSK

#3) THRU 09/02/2022 THRU 09/06/2022 STAFF SHORTAGE/NEGLIGENCE BECAME A VERY SERIOUS THREAT TO MY PHYSICAL SAFETY. WHILE IN THE CARE/CUSTODY OF A NEW MEXICO COUNTY AGENCY, THE BERNALILLO COUNTY METROPOLITAN DETENTION CENTER FAILED TO PROVIDE THE ADEQUATE STAFF, PERSONELL, MEDICAL PROVIDERS NECESSARY TO KEEP ME SAFE.

FACTS:

#4) NO STAFF SUPERVISION IN THE METROPOLITAN DETENTION CENTER (A CIVIL RIGHTS VIOLATION), RESULTED IN A GROSSER AND REPEATED MISCONDUCT OF MY BEING LOCKED DOWN LONGER THAN 72 HOURS CONSECUTIVELY. (121) ONE HUNDERED AND TWENTY ONE HOURS CONSECUTIVE HOURS IN MY CHAMBER WITHOUT:
- SHOWER
- RECREATION
- ACCESS TO PHONES, DAYROOM, FACILITY KIOSK,

THEREBY VIOLATING MY CIVIL RIGHTS AS A HUMAN BEING HERE IN A BERNALILLO COUNTY STATE OF NEW MEXICO AGENCY.

5) BCMDC HAS VIOLATED MY RIGHT TO ACCOMODATION BY THE FAILURE TO ACCOMMODATE THE STAFF NECESSARY THAT WOULD SECURE MY PERSONAL SAFETY. MY LIFE IS IN A STATE OF EMERGENCY AND IN A STATE OF LOSS, INJURY, AND/OR DEATH RIGHT NOW IN THIS CURRENT MOMENT DUE TO THE LACK OF THE COUNTY OF BERNALILLO NOT ACTING IN SUCH A MANNER AS TO PROVIDE THE STAFF NECESSARY TO KEEP ME SAFE.

#6) BCMDC, IN THEIR "FAILURE TO ACT" PATTERN AND PRACTICE HAS NOT ADDRESSED THEIR "HORRIBLE FACT PATTERN" OF BAD MANAGEMENT BEHAVIOR.

#7) EMOTIONAL DISTRESS

#7) CONT. (EMOTIONAL DISTRESS)

THE MENTAL HEALTH FACTOR AS WELL AS THE APEX OF MY EMOTIONAL DISTRESS IS AND CONTINUES TO BE VIOLATED OVER AND OVER AGAIN SINCE THEIR HORRIBLE FACT PATTERNS GO UNCHECKED AND CONTINUE TO EXIST BY THE REFUSAL AND FAILURE TO ACT, TO ACKNOWLEDGE AND ADDRESS THE BAD MANAGEMENT BEHAVIOR PATTERN AND PRACTICES THAT ARE BEING ENFORCED BY THE COUNTY OF BERNALILLO, CITY OF ALBUQUERQUE, STATE OF NEW MEXICO, METROPOLITAN DETENTION CENTER.

# ALLEGATIONS:

## COUNT 1:
- NON PROVISION OF ADEQUATE OUT OF CELL TIME
- VIOLATION OF CIVIL RIGHTS POLICY
- HORRIBLE FACT PATTERNS AND PRACTICE
- FAILURE TO ACT VIOLATIONS

## COUNT 2:
- STAFF SHORTAGE
- NEGLIGENCE
- FAILURE TO ACCOMODATE SAFETY POLICIES

## COUNT 3:
- EXCESSIVE FORCE
- GROSS AND REPEATED MISCONDUCT

## Count 4:
- EMOTIONAL DISTRESS
- BAD MANAGEMENT BEHAVIOR PRACTICES AND PATTERNS

## Count 5:
- CIVIL RIGHTS VIOLATION

Kyle CRESPIN #1002428449
100 DEPUTY DEAN MIERA DR SW
ALBUQUERQUE, NM 87151

THE UNITED STATES COURT CLERK
333 LOMAS BLVD N.W.
Albuquerque, New Mexico 87102



ALBUQUERQUE NM 870
26 OCT 2022 PM 4 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 28 2022

MITCHELL R. ELFERS
CLERK

87102-227299